Rafey Balabanian (SBN – 315962)
rbalabanian@edelson.com
Lily Hough (SBN – 315277)
lhough@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
(415) 212-9300
(415) 373-9435 (fax)

*Counsel for Plaintiff*

*additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FISCO CRYPTOCURRENCY EXCHANGE, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> BINANCE HOLDINGS LTD., <br><br> *Defendant.* | Case No. 20-cv-06445-MMC <br><br> Hon. Maxine M. Chesney <br><br> **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Fisco Cryptocurrency Exchange, Inc. files this corporate disclosure statement and hereby discloses, by and through its undersigned counsel, that Fisco Digital Asset Group, Inc. a/k/a Fisco Digital Asset Group Co., Ltd. is the parent corporation of Fisco Cryptocurrency Exchange, Inc. and owns more than 10 percent of the stock of Fisco Cryptocurrency Exchange, Inc.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Fisco Digital Asset Group, Inc. a/k/a Fisco Digital Asset Group Co., Ltd. is the parent corporation of Fisco Cryptocurrency Exchange, Inc., and Fisco Ltd., Caica Inc., and Sequade JPan Holdings Inc. each own more than 10 percent of the stock of Fisco Digital Asset Group, Inc. a/k/a Fisco Digital Asset Group Co., Ltd.

Respectfully submitted,

**FISCO CRYTOCURRENCY EXCHANGE, INC.**, individually and on behalf of all others similarly situated,

Dated: October 9, 2020

By: /s/ C. Benjamin Cooper
*One of Plaintiff's Attorneys*

Charles H. Cooper, Jr. (admitted *pro hac vice*)
chipc@cooperelliott.com
Rex H. Elliott (admitted *pro hac vice*)
rexe@cooperelliott.com
C. Benjamin Cooper (admitted *pro hac vice*)
benc@cooperelliott.com
Barton R. Keyes (admitted *pro hac vice*)
bartk@cooperelliott.com
COOPER & ELLIOTT, LLC
2175 Riverside Drive
Columbus, Ohio 43221
(614) 481-6000
(614) 481-6001 (fax)

Rafey Balabanian (SBN – 315962)
rbalabanian@edelson.com
Lily Hough (SBN – 315277)
lhough@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
(415) 212-9300
(415) 373-9435 (fax)

*Counsel for Plaintiff*