| | |
|---|---|
| 1 | Rafey Balabanian (SBN – 315962) |
| | rbalabanian@edelson.com |
| 2 | Lily Hough (SBN – 315277) |
| 3 | EDELSON PC |
| | lhough@edelson.com |
| 4 | 123 Townsend Street, Suite 100 |
| | San Francisco, California 94107 |
| 5 | (415) 212-9300 |
| | (415) 373-9435 (fax) |
| 6 | |
| 7 | Charles H. Cooper, Jr. (*pro hac vice*) |
| | Rex H. Elliott (*pro hac vice*) |
| 8 | C. Benjamin Cooper (*pro hac vice*) |
| | Barton R. Keyes (*pro hac vice*) |
| 9 | COOPER & ELLIOTT, LLC |
| | 305 West Nationwide Boulevard |
| 10 | Columbus, Ohio 43215 |
| | (614) 481-6000 |
| 11 | (614) 481-6001 (fax) |
| 12 | Attorneys for Plaintiff |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FISCO CRYPTOCURRENCY EXCHANGE, INC., | Case No. 5:20-cv-06445-MMC |
| Plaintiff, | **DECLARATION OF C. BENJAMIN COOPER IN SUPPORT OF PLAINTIFF'S MOTION TO CONTINUE CASE SCHEDULE** |
| v. | |
| BINANCE HOLDINGS LTD., | Judge:   Hon. Maxine M. Chesney |
| Defendant. | |

# DECLARATION OF C. BENJAMIN COOPER

I, C. Benjamin Cooper, hereby declare and state as follows:

1. I am an attorney at the law firm of Cooper & Elliott, LLC and I represent Plaintiff Fisco Cryptocurrency Exchange, Inc. in the above-captioned action. I am over the age of eighteen and am fully competent to make this declaration. This declaration is based upon my personal knowledge.

2. In light of diligent, yet ongoing, efforts to perfect service on Defendant in this case, Plaintiff's counsel seeks a modification to the case schedule to ensure that all counsel have a sufficient opportunity to meet and confer and comply with the deadlines currently set in this case.

4. There has been one previous time modification in this case by stipulation or order of the Court. On September 30, 2020, the Court set an Order modifying the date of the Initial Case Management Conference and the deadline for the Parties to file their Joint Case Management Statement. (Dkt. 12.)

5. The case is in the very early stages, and this Court has not entered a Scheduling Order pursuant to Fed. R. Civ. P. 16(b). Therefore, I do not believe the requested time modification would have any meaningful impact on the schedule for the case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of November 2020, at Columbus, Ohio.

/s/ C. Benjamin Cooper