Rafey Balabanian (SBN – 315962)
rbalabanian@edelson.com
Lily Hough (SBN – 315277)
EDELSON PC
lhough@edelson.com
123 Townsend Street, Suite 100
San Francisco, California 94107
(415) 212-9300
(415) 373-9435 (fax)

Charles H. Cooper, Jr. (*pro hac vice*)
Rex H. Elliott (*pro hac vice*)
C. Benjamin Cooper (*pro hac vice*)
Barton R. Keyes (*pro hac vice*)
COOPER & ELLIOTT, LLC
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (fax)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FISCO CRYPTOCURRENCY EXCHANGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BINANCE HOLDINGS LTD., <br><br> Defendant. | Case No. 5:20-cv-06445-MMC <br><br> **PLAINTIFF'S MOTION TO CONTINUE CASE SCHEDULE; [PROPOSED] ORDER** <br><br> Date:   December 18, 2020 <br> Time:   10:30 a.m. <br> Room:   Courtroom 7, 19th Floor <br>          450 Golden Gate Ave <br>          San Francisco, California 94102 <br><br> Judge:   Hon. Maxine M. Chesney |

In accordance with Local Rules 6-1(b) and 6-3, Plaintiff Fisco Cryptocurrency Exchange, Inc. ("Plaintiff"), by and through its undersigned counsel, respectfully requests that this Court enter an Order continuing the deadlines to file an ADR Certification, file a Rule 26(f) Report and Case Management Statement, and complete initial disclosures (dkt. 4) and rescheduling the Initial Case Management Conference to a later date at the Court's convenience, in consideration of Plaintiff's ongoing efforts to perfect service on Defendant Binance Holdings Ltd. ("Binance," and together with Plaintiff, the "Parties"). In support of the instant Motion, Plaintiff states as follows:

1.      Plaintiff filed the Complaint in this action on September 14, 2020. (Dkt. 1.)

2.      An Initial Case Management Conference is currently scheduled to take place on December 18, 2020, and a Joint Case Management Statement is currently due on December 11, 2020. (Dkt. 12.) Pursuant to Local Rule 16-8(b), the Parties' ADR Certification is currently due on November 27, 2020 (i.e., "presumptively 21 days before the date set for the [I]nitial [C]ase [M]anagement [C]onference"). (*See also* dkt. 4.)

3.      Binance is incorporated in the Cayman Islands and, though Plaintiff contends that Binance's principal place of business is in California, Binance will presumably contest jurisdiction in this case, as it has done in others. Accordingly, on October 26, 2020, counsel for Plaintiff emailed an attorney who represented Binance in another 2020 case from this District styled *Reynolds v. Binance Holdings Ltd.*, Case No: 3:20-cv-02117 (N.D. Cal.). The email inquired if the lawyer would again be representing Binance and, if so, whether Binance was willing to enter into a service or special appearance stipulation like it did in the *Reynolds* case.

4.      On October 28, 2020, Binance's counsel in the *Reynolds* case responded that he was "not in a position to accept service or negotiate a stipulation."

5.      Thus, Plaintiff must serve Binance through the Hague Convention, incurring thousands of dollars in legal fees in the process. To that end, Plaintiff has hired Hague Convention expert counsel to assist with service and expects to perfect service in the next several weeks.

6.      Accordingly, Plaintiff hereby respectfully seeks a continuance of (i) the November 27, 2020 deadline to meet and confer with Binance and to file an ADR Certification; (ii) the

December 11, 2020 deadline to file a Rule 26(f) Report, complete initial disclosures, and file a Case Management Statement; and (iii) the December 18, 2020 Initial Case Management Conference.[1]

7.      Once Plaintiff perfects service, it will file a certificate of service with the Clerk of Court, as required by the Federal Rules and Your Honor's Case Management Conference Order.

8.      As set out in the accompanying Declaration of C. Benjamin Cooper, the only other time modification in this case was to reschedule, by Court Order, the Initial Case Management Conference and the deadline for the Parties to file their Joint Case Management Statement (dkt. 12). The case is in the very early stages, and this Court has not entered a Scheduling Order pursuant to Fed. R. Civ. P. 16(b).

9.      Plaintiff's requested continuance is made in good faith and not for any improper purpose, such as to cause prejudice or undue delay. In light of the foregoing, Plaintiff respectfully submits that good cause exists to grant the requested modification to the case schedule.

Respectfully submitted,

**FISCO CRYPTOCURRENCY EXCHANGE, INC**,

Date: November 25, 2020          By: /s/ C. Benjamin Cooper

Charles H. Cooper, Jr. (*pro hac vice*)
Rex H. Elliott (*pro hac vice*)
C. Benjamin Cooper (*pro hac vice*)
Barton R. Keyes (*pro hac vice*)
COOPER & ELLIOTT, LLC
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (fax)

---

[1] If the Court still wishes to proceed with the currently set December 18, 2020 Initial Case Management Conference, Plaintiff will of course make itself available on that date or any other date that is convenient for the Court and will file a Separate Case Management Statement pursuant to Local Rule 16-9(b).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Rafey Balabanian (SBN – 315962)
rbalabanian@edelson.com
Lily Hough (SBN – 315277)
EDELSON PC
lhough@edelson.com
123 Townsend Street, Suite 100
San Francisco, California 94107
(415) 212-9300
(415) 373-9435 (fax)

*Attorneys for Plaintiff*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

**PURSUANT TO PLAINTIFF'S MOTION TO CONTINUE CASE SCHEDULE, IT IS HEREBY ORDERED:**

1.      The deadline to meet and confer and file an ADR Certification is continued from November 27, 2020 to __February 19, 2021__ .

2.      The deadline to file a 26(f) Report, complete initial disclosures, and file a Case Management Statement is continued from December 11, 2020 to __March 5, 2021__ .

3.      The Initial Case Management Conference is continued from December 18, 2020 to __March 12, 2021__ .

ENTERED:   __December 1__ , 2020

_Maxine M. Chesney_

Honorable Maxine M. Chesney
United States District Court