KEESAL, YOUNG & LOGAN
Peter R. Boutin, SBN 65261
Christopher A. Stecher, SBN 215329
450 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136
peter.boutin@kyl.com
christopher.stecher@kyl.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Theodore V. Wells (*pro hac vice forthcoming*)
Karen R. King (*pro hac vice forthcoming*
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
twells@paulweiss.com
kking@paulweiss.com

Roberto J. Gonzalez (*pro hac vice forthcoming*)
2001 K Street, NW
Washington, DC  20006-1047
Telephone: (202) 223-7316
Facsimile: (202) 223-7420
rgonzalez@paulweiss.com

Attorneys for Specially Appearing
Defendant BINANCE HOLDINGS LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FISCO CRYPTOCURRENCY EXCHANGE, INC., | Case No. 5:20-cv-06445 |
| Plaintiff, | **NOTICE OF APPEARANCE OF PETER R. BOUTIN ON BEHALF OF SPECIALLY APPEARING DEFENDANT BINANCE HOLDINGS LTD.** |
| vs. | |
| BINANCE HOLDINGS LTD., | Hon. Maxine M. Chesney |
| Defendant. | |

NOTICE OF APPEARANCE OF PETER R. BOUTIN ON BEHALF OF SPECIALLY APPEARING
DEFENDANT BINANCE HOLDINGS LTD. - Case No. 5:20-cv-06445
KYL4830-7172-8340.1

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Peter R. Boutin, California State Bar No. 65261 (peter.boutin@kyl.com) of the law firm of Keesal, Young & Logan represents and hereby enters as counsel of record in the above-entitled action for Specially Appearing Defendant BINANCE HOLDINGS LTD., and requests notification of all filings and other activities in the case.

DATED:  December 14, 2020

*/s/ Peter R. Boutin* _____
PETER R. BOUTIN
CHRISTOPHER A. STECHER
KEESAL, YOUNG & LOGAN

Attorneys for Specially Appearing Defendant
BINANCE HOLDINGS LTD.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, California  94133.

On December 14, 2020, I served the foregoing documents described as **NOTICE OF APPEARANCE OF PETER R. BOUTIN ON BEHALF OF SPECIALLY APPEARING DEFENDANT BINANCE HOLDINGS LTD.**  on the parties in this action as follows:

| | |
|---|---|
| Rafey Balabanian (SBN # 315962)<br>Lily Hough (SBN # 315277)<br>EDELSON PC<br>123 Townsend Street, Suite 100<br>San Francisco, California 94107<br>Telephone:  (415) 212-9300<br>Facsimile:  (415) 373-9435<br>Email: rbalabanian@edelson.com<br>lhough@edelson.com<br><br>Attorneys for Plaintiff<br>Fisco Cryptocurrency Exchange, Inc. | Charles H. Cooper, Jr. (*pro hac vice* motion pending)<br>Rex H. Elliott (*pro hac vice* motion pending)<br>C. Benjamin Cooper (*pro hac vice* motion pending)<br>Barton R. Keyes (*pro hac vice* motion pending)<br>COOPER & ELLIOTT, LLC<br>2175 Riverside Drive<br>Columbus, Ohio 43221<br>Telephone:  (614) 481-6000<br>Facsimile:  (614) 481-6001 (fax)<br><br>Attorneys for Plaintiff<br>Fisco Cryptocurrency Exchange, Inc. |

☑     BY CM/ECF:  The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

Executed on December 14, 2020 at Hercules, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*/s/ Menchie Garcia*
MENCHIE GARCIA

- 3 -
NOTICE OF APPEARANCE OF PETER R. BOUTIN ON BEHALF OF SPECIALLY APPEARING DEFENDANT BINANCE HOLDINGS LTD. - Case No. 5:20-cv-06445
KYL4830-7172-8340.1