| | |
|---|---|
| 1 | KEESAL, YOUNG & LOGAN |
| | Peter R. Boutin, SBN 65261 |
| 2 | Christopher A. Stecher, SBN 215329 |
| | 450 Pacific Avenue |
| 3 | San Francisco, CA 94133 |
| | Telephone: (415) 398-6000 |
| 4 | Facsimile: (415) 981-0136 |
| | peter.boutin@kyl.com |
| 5 | christopher.stecher@kyl.com |

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Theodore V. Wells (*pro hac vice forthcoming*)
Karen R. King (*pro hac vice forthcoming*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
twells@paulweiss.com
kking@paulweiss.com

Roberto J. Gonzalez (*pro hac vice forthcoming*)
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7316
Facsimile: (202) 223-7420
rgonzalez@paulweiss.com

Attorneys for Specially Appearing
Defendant BINANCE HOLDINGS LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FISCO CRYPTOCURRENCY EXCHANGE, INC., | Case No. 5:20-cv-06445 |
| Plaintiff, | **NOTICE OF APPEARANCE OF CHRISTOPHER A. STECHER ON BEHALF OF SPECIALLY APPEARING DEFENDANT BINANCE HOLDINGS LTD.** |
| vs. | |
| BINANCE HOLDINGS LTD., | Hon. Maxine M. Chesney |
| Defendant. | |

- 1 -

**NOTICE OF APPEARANCE OF CHRISTOPHER A. STECHER ON BEHALF OF SPECIALLY APPEARING DEFENDANT BINANCE HOLDINGS LTD..** - Case No. 5:20-cv-06445

KYL4840-5778-2996.1

- 2 -

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Christopher A. Stecher, California State Bar No. 215329 (christopher.stecher@kyl.com) of the law firm of Keesal, Young & Logan represents and hereby enters as counsel of record in the above-entitled action for Specially Appearing Defendant BINANCE HOLDINGS LTD., and requests notification of all filings and other activities in the case.

DATED:  December 14, 2020

*/s/ Christopher A. Stecher*
PETER R. BOUTIN
CHRISTOPHER A. STECHER
KEESAL, YOUNG & LOGAN

Attorneys for Specially Appearing Defendant
BINANCE HOLDINGS LTD.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, California 94133.

On December 14, 2020, I served the foregoing documents described **NOTICE OF APPEARANCE OF CHRISTOPHER A. STECHER ON BEHALF OF SPECIALLY APPEARING DEFENDANT BINANCE HOLDINGS LTD**. on the parties in this action as follows:

| | |
|---|---|
| Rafey Balabanian (SBN # 315962) <br> Lily Hough (SBN # 315277) <br> EDELSON PC <br> 123 Townsend Street, Suite 100 <br> San Francisco, California 94107 <br> Telephone: (415) 212-9300 <br> Facsimile: (415) 373-9435 <br> Email: rbalabanian@edelson.com <br>         lhough@edelson.com <br><br> Attorneys for Plaintiff <br> Fisco Cryptocurrency Exchange, Inc. | Charles H. Cooper, Jr. (*pro hac vice* motion pending <br> Rex H. Elliott (*pro hac vice* motion pending) <br> C. Benjamin Cooper (*pro hac vice* motion pending) <br> Barton R. Keyes (*pro hac vice* motion pending) <br> COOPER & ELLIOTT, LLC <br> 2175 Riverside Drive <br> Columbus, Ohio 43221 <br> Telephone: (614) 481-6000 <br> Facsimile: (614) 481-6001 (fax) <br><br> Attorneys for Plaintiff <br> Fisco Cryptocurrency Exchange, Inc. |

☑    BY CM/ECF: The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

Executed on December 14, 2020 at Hercules, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

                                                              */s/ Menchie Garcia*
                                                              Menchie Garcia

- 3 -
NOTICE OF APPEARANCE OF CHRISTOPHER A. STECHER ON BEHALF OF SPECIALLY APPEARING DEFENDANT BINANCE HOLDINGS LTD.. - Case No. 5:20-cv-06445
KYL4840-5778-2996.1