UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FISCO CRYPTOCURRENCY EXCHANGE INC. <br><br> Plaintiff(s), <br><br> v. <br><br> BINANCE HOLDINGS LTD. <br><br> Defendant(s). | Case No: 20-cv-06445 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, __Roberto J. Gonzalez__, an active member in good standing of the bar of __the District of Columbia__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Binance Holdings Limited__ in the above-entitled action. My local co-counsel in this case is __Peter Boutin__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br> Paul, Weiss, Rifkind, Wharton & Garrison, LLP <br> 2001 K Street, NW <br> Washington, DC 20006-1047 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br> Keesal, Young & Logan, LLP <br> 450 Pacific Avenue <br> San Francisco, California 94133 |
|---|---|
| MY TELEPHONE # OF RECORD: <br> (202) 223-7300 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 398-6000 |
| MY EMAIL ADDRESS OF RECORD: <br> rgonzalez@paulweiss.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> peter.boutin@kyl.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __501406__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: December 15, 2020

__Roberto J. Gonzalez__
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of __Roberto J. Gonzalez__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 15, 2020

__Maxine M. Chesney__
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Roberto J Gonzalez*

was duly qualified and admitted on May 11, 2007 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof,**
I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 22, 2020.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.