```
1  KEESAL, YOUNG & LOGAN
   Peter R. Boutin, SBN 65261
2  Christopher A. Stecher, SBN 215329
   450 Pacific Avenue
3  San Francisco, CA 94133
   Telephone: (415) 398-600
4  Facsimile: (415) 981-0136
   peter.boutin@kyl.com
5  christopher.stecher@kyl.com

6  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
   Theodore V. Wells (*pro hac vice*)
7  Karen R. King (*pro hac vice*)
   1285 Avenue of the Americas
8  New York, NY 10019
   Telephone: (212) 373-3000
9  Facsimile: (212) 757-3990
   twells@paulweiss.com
10 kking@paulweiss.com

11 Roberto J. Gonzalez (*pro hac vice*)
   2001 K Street, NW
12 Washington, DC 20006-1047
   Telephone: (202) 223-7316
13 Facsimile: (202) 223-7420
   rgonzalez@paulweiss.com
14
   Attorneys for Specially Appearing
15 Defendant BINANCE HOLDINGS LTD.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FISCO CRYPTOCURRENCY EXCHANGE INC., | Case No. 20-cv-06445-MMC |
| Plaintiff, | **STIPULATION REGARDING EXTENSION OF TIME FOR SPECIALLY-APPEARING DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER** |
| vs. | |
| BINANCE HOLDINGS LTD., | |
| Defendant. | Judge: Hon. Maxine M. Chesney |

- 1 -

1  Pursuant to Civil Local Rule 7-12, Plaintiff FISCO CRYPTOCURRENCY EXCHANGE INC.
2  ("Plaintiff") and Specially-Appearing Defendant BINANCE HOLDINGS LTD. ("Defendant" or
3  "Binance Holdings"), by and through the undersigned counsel of record, hereby stipulate as follows:
4  WHEREAS, Plaintiff filed its initial complaint on September 14, 2020 (the "Complaint");
5  WHEREAS, on November 25, 2020, Plaintiff moved for a continuance of the deadlines to file
6  an ADR Certification, Rule 26(f) Report, and Case Management Statement in light of its ongoing
7  efforts to perfect service on Binance Holdings through the Hague Convention (ECF No. 21);
8  WHEREAS, on December 1, 2020, the Court ordered that (i) the deadline to meet and confer
9  and file an ADR Certification is continued to February 19, 2021, (ii) the deadline to file a Rule 26(f)
10 Report is continued to March 5, 2021, and (iii) the Initial Case Management Conference is continued
11 to March 12, 2021 (ECF No. 22);
12 WHEREAS, on December 7, 2020, Plaintiff represented that, on November 30, 2020, it
13 effectuated service on Binance Holdings with the Complaint, Summons, and other necessary
14 documents consistent with the procedures set forth in the Hague Convention (ECF No. 23);
15 WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Binance Holdings'
16 deadline to file an answer or responsive pleading to the Complaint is currently December 21, 2020;
17 WHEREAS, Binance Holdings intends to file a Motion to Dismiss pursuant to Federal Rule of
18 Civil Procedure 12 which will raise important threshold issues including, among other things, that
19 there is no personal jurisdiction over Defendant.
20 WHEREAS, based on Binance Holdings' request for additional time to prepare its responsive
21 pleading to the Complaint, Plaintiff consented to an extension of time for Binance Holdings to file its
22 responsive pleading to and including January 20, 2021;
23 WHEREAS, no prior application has been made seeking an extension of time for Binance
24 Holdings to files its responsive pleading;
25 WHEREAS, as set forth in the accompanying Declaration of Karen R. King, the only other
26 time modifications in this case were to (i) set the Initial Case Management Conference for December
27 18, 2020 per the Court's order (ECF No. 12), and (ii) continue the Rule 26 deadlines per the Court's
28

Order (ECF No. 22); and

WHEREAS, this extension of time is made in good faith and not for an improper purpose, such as to cause prejudice or undue delay.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties that (i) Binance Holdings shall have an extension of time to and including Wednesday, January 20, 2021, in which to file a Motion to Dismiss the Complaint in the above-captioned action; (ii) Plaintiff's Opposition to the Motion to Dismiss shall be due Friday, February 19, 2021; (iii) Binance Holdings' Reply to Plaintiff's Opposition shall be due Thursday, March 11, 2021.

IT IS HEREBY FURTHER STIPULATED that, given the need to resolve the important threshold issues in Defendants' forthcoming Motion to Dismiss, (a) the deadline to meet and confer and file an ADR Certification is continued to Thursday, March 18, 2021; (b) the deadline to file a Rule 26(f) Report is continued to Thursday, March 25, 2021; and (c) the Initial Case Management Conference is continued to Friday, April 2, 2021.

Nothing in this Stipulation shall constitute a waiver of any arguments or defense (except as to ineffective service) under Federal Rule of Civil Procedure 12(b) that Binance Holdings may wish to assert in its Motion to Dismiss, all of which are expressly reserved.

DATED: December 17, 2020

/s/ *Charles H. Cooper, Jr.*
Charles H. Cooper, Jr. (*pro hac vice*)
Rex H. Elliott (*pro hac vice*)
C. Benjamin Cooper (*pro hac vice*)
Barton R. Keyes (*pro hac vice*)
COOPER & ELLIOTT, LLC
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (fax)

Rafey Balabanian, SBN 315962
Lily Hough, SBN 315277
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
(415) 212-9300
(415) 373-9435 (fax)

Attorneys for Plaintiff FISCO CRYTPOCURRENCY

EXCHANGE INC.

DATED: December 17, 2020   /s/ *Peter R. Boutin*
Peter R. Boutin
Christopher A. Stecher
KEESAL, YOUNG & LOGAN

Theodore V. Wells, Jr. (*pro hac vice*)
Roberto J. Gonzalez (*pro hac vice*)
Karen R. King (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Attorneys for Specially Appearing Defendant BINANCE HOLDINGS LTD.

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

DATED: December 17, 2020   /s/ *Peter R. Boutin*
Peter R. Boutin
Christopher A. Stecher
Keesal, Young & Logan

Theodore V. Wells, Jr. (*pro hac vice*)
Roberto J. Gonzalez (*pro hac vice*)
Karen R. King (*pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP

Attorneys for Specially Appearing Defendant BINANCE HOLDINGS LTD.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2020

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge