1   Rafey Balabanian (SBN – 315962)
    rbalabanian@edelson.com
2   Lily Hough (SBN – 315277)
3   EDELSON PC
    lhough@edelson.com
4   123 Townsend Street, Suite 100
    San Francisco, California 94107
5   (415) 212-9300
    (415) 373-9435 (fax)
6
7   Charles H. Cooper, Jr. (*pro hac vice*)
    Rex H. Elliott (*pro hac vice*)
    C. Benjamin Cooper (*pro hac vice*)
8   Barton R. Keyes (*pro hac vice*)
    COOPER & ELLIOTT, LLC
9   305 West Nationwide Boulevard
    Columbus, Ohio 43215
10  (614) 481-6000
    (614) 481-6001 (fax)
11
12  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FISCO CRYPTOCURRENCY EXCHANGE, INC., | Case No. 3:20-cv-06445-MMC |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| v. | Judge:  Hon. Maxine M. Chesney |
| BINANCE HOLDINGS LTD., | |
| Defendant. | |

1   **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Fisco Cryptocurrency Exchange, Inc. hereby voluntarily dismisses its claims against Defendant, without prejudice. Defendant has neither served an answer nor filed a motion for summary judgment in this action. Accordingly, the action may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted,

**FISCO CRYPTOCURRENCY EXCHANGE, INC**,

Date: January 19, 2021                By: /s/ C. Benjamin Cooper

Charles H. Cooper, Jr. (*pro hac vice*)
chipc@cooperelliott.com
Rex H. Elliott (*pro hac vice*)
rexe@cooperelliott.com
C. Benjamin Cooper (*pro hac vice*)
benc@cooperelliott.com
Barton R. Keyes (*pro hac vice*)
bartk@cooperelliott.com
COOPER & ELLIOTT, LLC
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (fax)

Rafey Balabanian (SBN – 315962)
rbalabanian@edelson.com
Lily Hough (SBN – 315277)
lhough@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
(415) 212-9300
(415) 373-9435 (fax)

*Attorneys for Plaintiff*